UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**JOSEPH BARRIOS,**

                **Plaintiff,**

vs.                                                                                         No. 17-cv-00056 KK/WPL

**ALBUQUERQUE BERNALILLO
COUNTY WATER UTILITY AUTHORITY,**

                **Defendant.**

### STIPULATED ORDER  VACATING SETTLEMENT CONFERENCE SET FOR JULY 25, 2017

      This matter having come to be heard by Counsel for the Plaintiff, the Defendants having no objection, and good cause having been shown; Parties agree to vacate the Settlement Conference.

      IT IS HEREBY ORDERED That the Settlement Conference set for July 25, 2017 is hereby Vacated;

                                                    */s/ William P. Lynch*
                                                 **HONORABLE William P. Lynch**
                                                 **United States Magistrate Judge**

Submitted by:

*/s/ Santiago E. Juarez*
Santiago E. Juarez
Attorney for Plaintiff

Approved for Entry:

*(Electronic Approval 07-20-17       )*
Juan Flores
Jaime Dawes
Stelzner, Winter, Warburton, Sanchez and Dawes, PA,
Attorneys for Defendants

Stipulated Order Continuing Settlement Conference
Barrios v. ABCWUA
